No. 90–1765. HOLEMAN v. ELLIOTT, JUDGE, 311TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 90–1766. FEDERAL EXPRESS CORP. v. TENNESSEE PUBLIC SERVICE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1771. CITY OF HENDERSON ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA (NEVADA ENTERTAINMENT INDUSTRIES, INC., ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 90–1773. CORONATION SHIPPING CO. ET AL. v. CREPPEL. Ct. App. La., 5th Cir. Certiorari denied.

No. 90–1775. GARY COMMUNITY MENTAL HEALTH CENTER, INC., ET AL. v. TRAVIS. C. A. 7th Cir. Certiorari denied.

No. 90–1777. LOMAX v. ARMONTROUT, ASSISTANT DIRECTOR OF ADULT INSTITUTIONS, MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 90–1779. TELESAVER, INC., ET AL. v. UNITED STATES TRANSMISSION SYSTEMS, INC. C. A. 4th Cir. Certiorari denied.

No. 90–1781. ALFLEX CORP. v. UNDERWRITERS LABORATORIES, INC. C. A. 9th Cir. Certiorari denied.

No. 90–1782. ALFLEX CORP. v. UNDERWRITERS LABORATORIES, INC. C. A. 9th Cir. Certiorari denied.

No. 90–1783. WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK v. CHASE. Ct. App. N. Y. Certiorari denied.

No. 90–1784. POTTER v. OHIO. Sup. Ct. Ohio. Certiorari denied.